# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 17-41048

United States Court of Appeals
Fifth Circuit

**FILED**

August 30, 2018

Lyle W. Cayce
Clerk

ALLEGIANCE BANK TEXAS,

Plaintiff - Appellee

v.

MARK CALDWELL, as guarantor, in personam; ASHLEY RYANN CALDWELL, as guarantor, in personam,

Defendants - Appellants

v.

BRISTOL 2000 MANAGEMENT, INCORPORATED; SHANNON HOLLAR,

Interested Parties - Appellees

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 3:17-CV-00002

Before JOLLY, ELROD, and WILLETT, Circuit Judges.

PER CURIAM:*

AFFIRMED. *See* 5TH CIR. R. 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.